No. 498. JAMES K. COCHRAN AND HARRIS KOBEY *v.* COULTON M. BECKER. Error to the Circuit Court of Appeals for the Eighth Circuit. Motion submitted June 4, 1923. Decided June 11, 1923. Motion to rescind judgment and for stay of mandate herein denied. *Mr. Harris Kobey* pro se. *Mr. Oliver J. Miller* for defendant in error. [See 261 U. S. 607.]

---

No. 640. UNITED STATES EX REL. CATONI TISI, ALIAS LISTA CORTINA, *v.* ROBERT E. TOD, COMMISSIONER OF IMMIGRATION AT THE PORT OF NEW YORK. Appeal from the District Court of the United States for the Southern District of New York. Motion submitted June 4, 1923. Decided June 11, 1923. Motion to reinstate this case on the docket granted. *Mr. Isaac Shorr* and *Mr. Walter Nelles* for appellant. *The Attorney General* for appellee. [See 261 U. S. 626.]

---

No. 87. McLANE TILTON *v.* FELIX M. DRENNEN, AS RECEIVER, ETC. Appeal from the Circuit Court of Appeals for the Fifth Circuit. Stipulation submitted June 4, 1923. Order entered June 11, 1923. On consideration of the stipulation to reinstate this cause on the docket and reverse on confession of error, it is now here ordered that said cause be reinstated on the docket; and that the decree be reversed upon such confession of error. *Mr. Forney Johnston* for appellant. *Mr. H. L. Stevens* and *Mr. Joseph E. Johnson* for appellee. [See 261 U. S. 624.]